JAMES A. DEERING, Respondent, *v.* THOMAS J. McCAHILL, Appellant.

(Argued June 6, 1887; decided June 21, 1887.)

*De Witt C. Brown* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

REBECCA B. MARTIN, Respondent, *v.* WILLIAM F. GARRISON, Appellant.

(Argued June 9, 1887· decided June 28, 1887.)

*Joseph A. Burr, Jr.*, for appellant.

*Isaac S. Catlin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

DAVID A. SCOTT et al., Respondents, *v.* AUGUSTUS L. CASE et al., Appellants.

(Argued June 13, 1887; decided June 28, 1887.)

*William H. Harris* for appellants.

*Henry Bacon* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.